UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Alexis Elliott,<br><br>         Plaintiff<br><br>    v.<br><br>Dermatology and Skin Cancer of Las Vegas, et al.,<br><br>         Defendants | Case No. 2:23-cv-01735-CDS-DJA<br><br>**Ordering Plaintiff to Move for Default Judgment or Show Cause** |

Plaintiff Alexis Elliott initiated this employment discrimination and retaliation lawsuit against her former employer, defendants Dermatology and Skin Cancer of Las Vegas, Daniel Taheri, M.D., P.C., and LA Laser Center, PC in October of 2023. Compl., ECF No. 1. Elliott served Dermatology and Skin Cancer of Las Vegas and LA Laser Center with the summons and complaint on November 16, 2023. ECF Nos. 5, 6. Taheri was served with the summons and complaint on November 17, 2023. ECF No. 7. To date, no defendant has filed an answer to the complaint or otherwise appeared. Elliott requested an entry of default (ECF No. 8) and the Clerk of Court entered default against Daniel Taheri, Dermatology and Skin Cancer of Las Vegas, and LA Laser Center on May 13, 2024 (Default, ECF No. 9), yet Elliott has not moved for default judgment against them.

**Consequently, Elliott is ordered to move for default judgment against defendants or show cause why she is not doing so by July 5, 2024**. Elliott is reminded to ensure that any motion for default judgment complies with Fed. R. Civ. P. 55 and addresses the seven factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). Failure to do so by the deadline may result in the dismissal of the action under Fed. R. Civ. P. 41(b).

Dated: June 13, 2024

_____
Cristina D. Silva
United States District Judge