# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alexis Elliott,<br><br>        Plaintiff<br><br>v.<br><br>Dermatology and Skin Cancer of Las Vegas, et al.,<br><br>        Defendants | Case No. 2:23-cv-01735-CDS-DJA<br><br>**Order Granting Defendants' Motion to Extend Time to Reply**<br><br>[ECF No. 18] |

       Defendants Daniel Taheri M.D., P.C. d/b/a Skin and Cancer Institute and LA Laser Center move to extend the time to file their reply in support of its motion to set aside the entry of default. ECF No. 18. Plaintiff Alexis Elliot opposes the motion. ECF No. 19. The motion is fully briefed. *See* Defs.' reply, ECF No. 21. Finding good cause, I grant defendants an additional two weeks to file their reply. The reply brief is now due January 21, 2025.

       Dated: January 6, 2025

                                                      _____
                                                      Cristina D. Silva
                                                      United States District Judge