Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Karen Kao, Esq.
Nevada Bar No. 14386
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:     702.862.8800
Fax No.:       702.862.8811
wkrincek@littler.com
kkao@littler.com

Attorneys for Defendants
DANIEL TAHERI, M.D., P.C.,
and LA LASER CENTER P.C.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS ELLIOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DERMATOLOGY AND SKIN CANCER OF LAS VEGAS d/b/a LA Laser Center, an unknown corporate entity; DANIEL TAHERI, M.D., P.C., a Nevada Professional Corporation; LA LASER CENTER, P.C., a Foreign Professional Corporation; DOES 1-XX, inclusive; ROE CORPORATIONS 1-X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01735-CDS-DJA<br><br>**ORDER RE:**<br><br>**NOTICE PURSUANT TO LOCAL RULE 16-6(b) AND REQUEST TO SCHEDULE EARLY NEUTRAL EVALUATION SESSION** |

Defendants Daniel Taheri, M.D., P.C. and LA Laser Center, P.C. (jointly referred to as "Defendants"), by and through their counsel of record, Littler Mendelson, P.C., hereby provide notice pursuant to Local Rule 16-6(b) that the parties to the above-captioned matter have yet to receive a referral to the early neutral evaluation ("ENE") program.

Pursuant to Local Rule 16-6, all employment discrimination actions filed in this Court are referred to a neutral Magistrate Judge for the scheduling of an early neutral evaluation session in order to provide the parties with a candid evaluation of the merits of their claims and defenses. This case includes allegations that Defendant discriminated against Plaintiff in violation of Title

VII of the Civil Rights Act of 1964, as amended. As such, this is an employment discrimination matter that should be referred for an ENE session. LR 16-6(a).

As provided in Local Rule 16-6(b), in the event an action is not initially assigned to the ENE program, "an action must be assigned to the Program upon the filing by any party of a notice stating that action falls under one or more of the statutes listed in LR 16-6(a)." Accordingly, Defendant hereby provides notice that the action falls under the statutes listed in LR 16-6(a) and requests that the Court notice and schedule an ENE session.

Dated: March 11, 2025

Respectfully submitted,

/s/ Karen Kao
Wendy M. Krincek, Esq.
Karen Kao. Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
DANIEL TAHERI, M.D., P.C.,
and LA LASER CENTER P.C.

## ORDER

This case is assigned to the Early Neutral Evaluation Program. (ECF No. 4). However, the evaluating magistrate judge has not been added to the docket.

Accordingly,

IT IS HEREBY ORDERED that the Clerk's Office is kindly directed to add Magistrate Judge Brenda Weksler to the docket as the evaluating magistrate judge in this matter so that an Early Neutral Evaluation session may be scheduled.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 13, 2025

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937. On March 11, 2025, I served the within document(s):

**NOTICE PURSUANT TO LOCAL RULE 16-6(b) AND REQUEST TO SCHEDULE EARLY NEUTRAL EVALUATION SESSION**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Christina Mundy, Esq.
Steven G. Knauss, Esq.
MESSNER REEVER LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
cmundy@messner.com
sknauss@messner.com

Attorneys for Plaintiff
ALEXIS ELLIOTT

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2025, at Las Vegas, Nevada

*/s/ Joanne Conti*
Joanne Conti

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

3

4899-7162-9600 / 126648.1001